# PLAINTIFF EXHIBIT A



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office

801 Market Street, Suite 1300
Philadelphia, PA  19107-3127
FAX (215) 440-2606, 2632, 2848 & 2604
Website:  www.eeoc.gov

Kurt Jung
State & Local Program Manager
kurt.jung@eeoc.gov

Direct Dial: (267) 589-9749
Facsimile:   (215) 440-2847

July 31, 2020

*(Sent by e-mail only)*

Jeremy A. Durham Esq.
Donham Law
PO Box 487
Dellslow, WV 26531
donhamlaw@comcast.net

Michael Miller  Esq.
Eckert Seamans LLC
213 Market Street
8th floor
Harrisburg, PA 17101
mmiller@eckertseamans.com

Lower Allen Township

RE:  Beishline v. Lower Allen Township
      EEOC Charge No.:  530-2020-03187
      FEPA No.:

Dear Parties:

On March 4, 2020, the above matter was dual filed with the Pennsylvania Human Relations Commission and the U.S. Equal Employment Opportunity Commission (EEOC).  After careful review, EEOC has determined that since this charge concerns a reasonable accommodation request allegation regarding the use of medical marijuana, and does not violate the Americans with Disabilities Act, it is being transferred to Pennsylvania Human Relations Commission, for further review under state law.  You may contact the Pennsylvania Human Relations Commission at (717) 787-9870.

Sincerely,

Kurt Jung
State and Local Program Manager