# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEY N. BEISHLINE,** : | |
| **Plaintiff** : | |
| : | No. 20-cv-1522-SHR |
| : | |
| V : | |
| : | |
| : | **(Electronically filed)** |
| **LOWER ALLEN TOWNSHIP** : | **CIVIL** |
| **Defendant** : | |

_____

## NOTICE OF DISMISSAL

Plaintiff Ashley N. Beishline hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: 9/16/2020

Respectfully submitted,

DONHAM LAW

By: */s/ Jeremy A. Donham*
Jeremy A. Donham, Esquire
Attorney for Plaintiff
Supreme Ct. I.D. #206980
P.O. Box 487 Dellslow, WV 26531
(717) 881.7855 (ph)
(888) 370.5177 (fax)
E-mail: j.donham@donhamlaw.com